**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01822-LTB-MJW

ADAM YATES,

       Plaintiff,

v.

GMAC INSURANCE, a North Carolina corporation, and
INTEGON INDEMNITY CORP., a North Carolina corporation,

       Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss Defendant GMAC Insurance (Doc 16 - filed February 10, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that Defendant GMAC Insurance is hereby **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                       BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED: February 13, 2006