IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01822-LTB-MJW

ADAM YATES,

Plaintiff(s),

v.

GMAC INSURANCE, ET AL.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate Telephone Status Conference on February 24, 2006 (docket no. 19) is GRANTED. The Telephone Status Conference set on February 24, 2006, at 9:30 a.m. before Magistrate Judge Watanabe is VACATED.

Date: February 17, 2006