IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01822-LTB-MJW

ADAM YATES,

Plaintiff(s),

v.

GMAC INSURANCE, ET AL.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Stipulated Motion to Modify Scheduling Order (document 25) is GRANTED. The deadlines are extended as follows:

- expert designation is September 1, 2006;
- rebuttal expert designation is October 2, 2006;
- discovery cutoff is October 2, 2006;
- deadline to serve written discovery is August 31, 2006;
- expert discovery cutoff is October 31, 2006; and
- dispositive motion deadline is November 15, 2006.

Date:  July 28, 2006