**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01822-LTB-MJW

ADAM YATES,

       Plaintiff,

v.

INTEGON INDEMNITY CORP., a North Carolina corporation,

       Defendant.

_____

**ORDER**
_____

The Joint Stipulated Motion to Stay Case Deadlines Pending Approval of Settlement Agreement is granted.

IT IS ORDERED that the parties shall file joint status reports every twenty days.


                    BY THE COURT:

                      s/Lewis T. Babcock
                    Lewis T. Babcock, Chief Judge

DATED: September 1, 2006