# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.** 05-cv-01822-LTB-MJW                              FTR

**Date:** November 29, 2006                                            Shelley Moore, Deputy Clerk

ADAM YATES,                                                            Cindy R. Ten Pas

             Plaintiff(s),

v.

INTEGON INDEMNITY CORPORATION,                                         John Baught

             Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONE STATUS CONFERENCE**

**Court in Session 9:31 a.m.**

Court calls case. Appearances of counsel.

Ms. Ten Pas gives an oral report on the status of the bankruptcy case. Simon Rodriguez has been appointed as trustee in the bankruptcy case.

Mr. Baught has nothing more to add.

Both counsel discuss the possibility of settlement, dependent upon the bankruptcy case.

Defendant makes Oral Motion to Withdraw the Motion to Compel [28].

**ORDERED:** Defendant's Oral Motion to Withdraw the Motion to Compel is GRANTED without prejudice. The Motion to Compel [28] is WITHDRAWN.

**ORDERED:** The **Final Pretrial Conference** set for December 4, 2006, at 8:30 a.m. is VACATED.

**ORDERED:** A **Telephone Status Conference** is set on **February 5, 2007, at 8:30 a.m.** Plaintiff's counsel shall initiate the conference call to opposing counsel and then to the court at (303) 844-2403 on that date and time. If there is a ruling from the bankruptcy court prior to that date, counsel shall forthwith notify this court.

**Court in recess 9:46 a.m.**
Total In-Court Time 0:15, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.