IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  05-cv-01822-LTB-MJW

ADAM YATES,

       Plaintiff,

v.

GMAC INSURANCE, and
INTEGON INDEMNITY CORPORATION,

       Defendants.
_____

ORDER
_____

       During the hearing on May 29, 2007, I ruled that the parties had until June 6, 2007, to file a Joint Status Report with the court indicating that they have submitted a signed settlement agreement in this matter with the Bankruptcy Court.   This has not been done.

       As a result, consistent with my ruling at the May 29th hearing, I ORDER that the stay I granted in this case on September 1, 2006 [**Doc #32**] is lifted.  The parties should prepare for the final trial preparation hearing set for August 24, 2007 at 3:00 P.M., and trial set for September 10, 2007, at 8:30 A.M..

Dated: June __7__, 2007, in Denver, Colorado.

                                                                   BY THE COURT:


                                                                   s/Lewis T. Babcock
                                                             LEWIS T. BABCOCK, CHIEF JUDGE