**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  05-cv-01822-LTB-MJW

ADAM YATES,

      Plaintiff,

v.

GMAC INSURANCE, and
INTEGON INDEMNITY CORPORATION,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Chapter 7 Trustee Simon E. Rodriguez's Motion to Intervene and Be Joined as Party Plaintiff (Doc 48 - filed June 21, 2007) is **GRANTED**.

Dated:  June 22, 2007
_____