**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  05-cv-01822-LTB-MJW

ADAM YATES,

        Plaintiff,

v.

INTEGON INDEMNITY CORP., a North Carolina corporation,

        Defendant.

_____

**ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS**
_____

THE COURT, having reviewed the Joint Notice of Filing of Settlement Agreement With Bankruptcy Court and Motion for Stay of Proceedings (Doc 50) filed by the parties, and being fully advised in the premises,

HEREBY ORDERS that said Motion is GRANTED.  Proceedings in this case shall be STAYED pending approval of the Settlement Agreement by the Bankruptcy Court.  The trial preparation conference set August 24, 2007 and trial currently set September 10, 2007 are VACATED.

IT IS FURTHER ORDERED that the parties shall file joint status reports every twenty (20) days.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: July 30, 2007