IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-01822-LTB-MJW

ADAM YATES, and
SIMON E. RODRIGUEZ, in his capacity as Chapter 7 Trustee in the bankruptcy of ADAM GENE YATES and CAROL ANNETTE YATES,

      Plaintiffs,

v.

INTEGON INDEMNITY CORPORATION,

      Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Request for Continuance of Stay (Doc 85 - filed January 24, 2008) is **GRANTED up to and including February 1, 2008**, at which time the parties shall submit either the form of stipulation for dismissal, together with a proposed order, or a status further report.

Dated: January 28, 2008
_____