**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-01822-LTB-MJW

ADAM YATES and SIMON E. RODRIGUEZ, in his capacity as Chapter 7 Trustee in the bankruptcy of ADAM GENE YATES and CAROL ANNETTE YATES,

      Plaintiffs,

v.

INTEGON INDEMNITY CORP., a North Carolina corporation,

      Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 88 - filed January 28, 2008), pursuant to the Order of the U.S. Bankruptcy Court dated January 24, 2008, approving the Settlement Agreement and Mutual Release, and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: January 29, 2008